# LAW OFFICES OF NOLAN KLEIN, P.A.    ATTORNEYS & COUNSELORS

1213 SE 3RD AVENUE
FORT LAUDERALE, FL 33316

www.nklegal.com

Nolan Klein, Esq.
klein@nklegal.com

February 1, 2024

**VIA ECF**
Honorable Judge Kenneth M. Karas
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601

      *Re:*    ***Samaniego v. J Transport LLC, et al.***
               *SDNY Case No.: 7:23-cv-00650*

Dear Judge Karas,

On October 3, 2023, Your Honor entered an order setting various case management deadlines and set a post-discovery conference for February 8, 2024. On that same day, Your Honor granted opposing counsel's motion to withdraw, and ordered Defendants to obtain new counsel within 30 days (and/or for the individual defendant to advise that he will proceed *pro se*).

On December 28, 2023, I wrote to Your Honor to advise that Defendants had not obtained new counsel or otherwise appeared and requesting to seek clerk's default. That letter was copied on Defendants. My request was granted, and proposed certificates of default (with accompanying declarations) were filed on January 10, 2023.

On January 11, 2023, the Clerk of Court issued defaults in this case. On January 12, 2023, the defaults were mailed to Defendants (I will file certificates of service shortly). If there is still no response or appearance for Defendants by the end of next week, then I plan to file a Motion for Final Default Judgment.

In light of the foregoing, it is respectfully suggested that the February 8, 2024, post-discovery conference that was scheduled on October 2, 2023, is no longer needed in this case. I respectfully request that the conference be adjourned *sine die*, and that Plaintiff be permitted to file a final default judgment motion within two weeks.

In the event that the Court would still like a conference on February 8, 2023, I respectfully request that it be converted to a telephone or video conference. There is no opposing party before the Court at this time and I am in Florida. I may also be in a deposition in a Florida case until late in the day on February 7 and would prefer to participate in any conference personally rather than by attendance of coverage counsel.

In light of the foregoing, I respectfully request that the Court adjourn or cancel the February 8, 2024, conference (or alternatively, if a conference is still necessary, convert it to a telephone or

Honorable Judge Kenneth M. Karas
February 1, 2024
Page 2

video conference), and allow Plaintiff to have up until Friday, February 16, 2024, to file his Motion for Final Default Judgment in this case.

        Respectfully Submitted,

        **Law Offices of Nolan Klein, P.A.**

        By: _/s/ Nolan Klein_
           NOLAN K. KLEIN (NK4223)

NKK/amd

cc: J TRANSPORT LLC
c/o Jeyson Ynoa Santana
11 George Street, Apt. #1
Danbury, CT 06810

The 2/8/24 conference is adjourned sine die on the condition that Plaintiff submit a proposed default judgment by 2/5/24.

So Ordered.
2/1/24