**LAW OFFICES OF NOLAN KLEIN, P.A.**                    ATTORNEYS & COUNSELORS

1213 SE 3RD AVENUE
FORT LAUDERALE, FL 33316

www.nklegal.com

Nolan Klein, Esq.
klein@nklegal.com

February 1, 2024

**VIA ECF**
Honorable Judge Kenneth M. Karas
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601

        Re:   *Samaniego v. J Transport LLC, et al.*
                *SDNY Case No.: 7:23-cv-00650*

Dear Judge Karas,

    Pursuant to an order entered today, Plaintiff has until Monday, February 5, to move for final default judgment. Respectfully, I will be traveling tomorrow all day to visit a university with my daughter, and request an additional day, through February 6, 2024, to file the motion. Thank you for your time and attention to this matter.

Granted.

So Ordered.

/s/ 2/2/24

Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**

By:  /s/ Nolan Klein
     NOLAN K. KLEIN (NK4223)

NKK/amd

cc: J TRANSPORT LLC
c/o Jeyson Ynoa Santana
11 George Street, Apt. #1
Danbury, CT 06810