UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
VICTOR CAIVINAGUA SAMANIEGO,
Individually and on behalf of others         CASE NO.: 7:23-cv-00650-KMK
similarly situated,

        Plaintiff,
v.                                           **NOTICE OF MOTION**

J TRANSPORT LLC and JEYSON
YNOA SANTANA,

        Defendants.
-------------------------------------------------------X

**PLEASE TAKE NOTICE THAT**, in accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure 55(b)(2), Civil Rule 55.2 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and rule 4(G) of this Court's Individual Rules of Practice in Civil Cases, Plaintiff, through his undersigned counsel, moves for default judgement against Defendants J Transport LLC and Jeyson Ynoa Santana.

Answering papers, if any, shall be served on the undersigned no later than fourteen days after service of the moving papers in accordance with Local Rule 6.1(b), or at such other time as the Court may direct.

Dated: February 6, 2024

                                              Respectfully Submitted,

                                              **Law Offices of Nolan Klein, P.A.**
                                              *Attorneys for Plaintiff*
                                              5550 Glades Road, Suite 500
                                              Boca Raton, FL 33431
                                              PH: (954) 745-0588

                                              By: */s/ Nolan Klein*
                                              NOLAN KLEIN, ESQ. (NK4223)
                                              klein@nklegal.com
                                              amy@nklegal.com

**TO:**

**J TRANSPORT LLC**
**c/o Jeyson Ynoa Santana**
**11 George Street, Apt # 1**
**Danbury, CT 06810**

**JEYSON YNOA SANTANA**
**11 George Street, Apt # 1**
**Danbury, CT 06810**