UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
VICTOR CAIVINAGUA SAMANIEGO,
Individually and on behalf of others           CASE NO. 7:23-cv-00650-KMK
similarly situated,

      Plaintiff,

  v.                                            **[PROPOSED] DEFAULT JUDGMENT**

J TRANSPORT LLC and JEYSON
YNOA SANTANA,

      Defendants.
-------------------------------------------------------X

The summons and Complaint in this action having been duly served on the above-named Defendants J TRANSPORT LLC, and JEYSON YNOA SANTANA, and said Defendants having failed to plead or otherwise defend this action, and said default having been duly noted, and upon the annexed Affidavit in support of entry of default judgment, with exhibits thereto;

NOW, on motion of by Order to Show Cause of the Law Offices of Nolan Klein, P.A., counsel for Plaintiff, it is hereby ORDERED, ADJUDGED, and DECREED:

That Plaintiff VICTOR CAIVANAGUA SAMANIEGO, have judgment against Defendants J TRANSPORT LLC, and JEYSON YNOA SANTANA in the sum of in the amount of $30,664. As demonstrated by evidence herein, this amount is comprised of (a) $20,664.00 in back wages, spread of hours pay, and liquidated damages under the FLSA and NYLL; and (b) $10,000.00 in damages for violation of wage statement and wage notice requirements under New York law.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending,

whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

**DATED**:

                                                                                              _____
                                                                                              **UNITED STATES DISTRICT JUDGE**